UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 NOV 29 PM 3:50

CLERK
BY ___KP___
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | Criminal No. |
| ) | |
| JAVON CALDERON a.k.a. "Juju"; ) | 2:23-cr-144-1-2-3-4-cr |
| CHRISTOPHER MORGAN a.k.a. "Mula"; ) | |
| SHAVONNE DOUCETTE; and ) | |
| KYLE WINNIE ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

Count One

From in or about August 2022 to in or about November 2022, in the District of Vermont and elsewhere, defendants JAVON CALDERON a.k.a. "Juju,"; CHRISTOPHER MORGAN a.k.a. "Mula"; SHAVONNE DOUCETTE; and KYLE WINNIE knowingly and willfully conspired to distribute fentanyl and cocaine, both Schedule II controlled substances.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), and 846)

Count Two

In or about September 2022, in the District of Vermont, defendants JAVON CALDERON a.k.a. "Juju," and CHRISTOPHER MORGAN a.k.a. "Mula," knowingly brandished, carried, and used firearms during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States – that is, the drug trafficking crime alleged in Count One.

(18 U.S.C. § 924(c)(1)(A)(ii))

Count Three

Between in or about August 2022 to in or about November 2022, in the District of Vermont, defendant SHAVONNE DOUCETTE and KYLE WINNIE unlawfully and knowingly managed and controlled 215 Depot Street, Apartment B, in Bennington, Vermont, as tenants and occupants, and knowingly and intentionally made available for use this residence for the purpose of unlawfully manufacturing, storing, distributing, and using fentanyl and cocaine, both Schedule II controlled substances.

(21 U.S.C. § 856(a)(2))

A TRUE BILL

REDACTED

FOREPERSON

NIKOLAS P. KEREST (CMS)
United States Attorney
Rutland, Vermont
November 29, 2023